UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                     CASE NO. 07 B 14221
   MARK E UNDERWOOD
                                           CHAPTER 13

                                           JUDGE: A. BENJAMIN GOLDGAR
       Debtor
   SSN XXX-XX-3492
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/08/07 .

2. The case was dismissed without confirmation, 12/21/2007.

3. The Debtor paid a total of $   4240.00 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AURORA LOAN SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| AURORA LOAN SERVICES | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| BMW FINANCIAL SERVICES | SECURED VEHIC | .00 | .00 | 1472.00 |
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | .00 | .00 | 1472.00 |
| HOUSEHOLD FINANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |

Summary of disbursements:

---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 2944.00 | .00 | .00 | .00 | 2944.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 2944.00 | .00 | .00 | .00 | 2944.00 |

The Debtor's attorney, GARY N FOLEY                  , was allowed $   3500.00 and was paid $   1626.00  direct and $   1119.56  through the plan.

The Trustee received $    176.44 .

Refunds to the Debtor totaled $      .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


```
   Dated: 03/11/08                  /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
    CASE NO. 07 B 14221 MARK E UNDERWOOD
```